Larry Zerner (SBN 155473)
Email: Larry@ZernerLaw.com
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@Zernerlaw.com

Attorneys for Plaintiffs Shout Factory, LLC
and Rick Sloane

FILED
2009 OCT -2 AM 10:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHOUT FACTORY, LLC., a California limited liability company, RICK SLOANE, an individual,

Plaintiffs,

vs.

RETROMEDIA ENTERTAINMENT, INC., a California Corporation; INFINITY ENTERTAINMENT GROUP, a California Corporation, FRED OLEN RAY, an individual,

Defendants.

Case No.: CV09-7179 PA (AGRx)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT

DEMAND FOR JURY TRIAL
(F.R.C.P. Rule 38)

Plaintiffs allege:

## JURISDICTION AND VENUE

1. The present action arises under the Copyright Act, Title 17, Section 101, et seq., of the United States Code.

2. Jurisdiction is conferred on this Court by 28 U.S.C. Section 1338(a).

3. Venue lies in the Central District of California under 28 U.S.C. Section 1400(a).

<u>Plaintiff</u>

4. At all times material hereto, Plaintiff Shout Factory, LLC. ("Shout") was a California limited liability company with its principal place of business in the County of Los Angeles, State of California.

5. At all times material hereto, Plaintiff RICK SLOANE ("Sloane") was an individual living in the County of Los Angeles, State of California.

<u>Defendants</u>

6. Plaintiffs are informed and believes, and upon that basis alleges, that at all times relevant hereto, Defendant Retromedia Entertainment, Inc. ("Retromedia") was a California corporation with a principal place of business located at 9421 Winnetka Ave., Unit M, Chatsworth, CA 91311. Plaintiffs are further informed and believes that Retromedia is engaged in the manufacture, promotion, exploitation and distribution of motion pictures and television programs in the United States.

7. Plaintiffs are informed and believes, and upon that basis alleges, that at all times relevant hereto, Defendant Infinity Entertainment Group ("Infinity") is a business entity, form unknown with a principal place of business in the county of Los Angeles, state of California. Plaintiffs are further informed and believes that

Infinity is engaged in the manufacture, promotion, exploitation and distribution of motion pictures and television programs in the United States.

8. Plaintiffs are informed and believes, and upon that basis alleges, that at all times relevant hereto, Defendant Fred Olen Ray ("Ray") was an individual who resides in the County of Los Angeles, State of California. Plaintiffs are further informed and believes that Ray is the president of Retromedia.

9. Plaintiffs are informed and believes, and on that basis alleges, that various persons and entities, whose names are presently unknown to Plaintiff, participated in and are liable for the wrongful acts set forth herein. Plaintiffs will seek leave of Court to amend the Complaint to add such persons and entities as Defendants and to allege the exact nature of their wrongful conduct when such information has been ascertained. Plaintiffs are informed and believes and, on that basis, alleges that such unknown persons and entities are engaged, <u>inter alia</u>, in the illegal and unauthorized, manufacture, reproduction, distribution, promotion and exploitation of motion pictures and/or television programs on DVDs.

10. Plaintiffs are informed and believes, and on that basis alleges, that in connection with the acts set forth herein, each of the Defendants acted willingly, intentionally, and knowingly, both for himself, herself, or itself, and in concert with each other defendant, and as an agent for each other defendant, and was at all times acting within the course and scope of such agency, with the consent,

authorization and/or ratification of each other defendant, and in furtherance of a common scheme to infringe the copyrights, and other valuable rights of Plaintiff.

## COPYRIGHT INTERESTS OF PLAINTIFFS IN *HOBGOBLINS*

11.  Rick Sloane is the writer, director and producer of the motion picture *Hobgoblins,* which was registered with the U.S. Copyright Office in 1988 with Sloane as the copyright claimant, and received registration number Pau1118779.

12. *Hobgoblins* contains wholly original material suitable for copyright protection under the laws of the United States, and was created and first published in the United States.

13.  By reason of the foregoing, *Hobgoblins* is entitled to protection under the Copyright Act.

14.  In 2009, Sloane licensed to Shout the exclusive home video rights (including DVD) to *Hobgoblins*

## Wrongful Acts of Defendants

15.  On or about September 10, 2000, Sloane and Retromedia entered into a written license agreement whereby Sloane granted Retromedia a license to distribute *Hobgoblins* (and another motion picture *Blood Theater)* on digital disk (DVD) for a period of seven years from the date of Retromedia's release of the movie.

16. Retromedia first released *Hobgoblins* on February 26, 2002. Accordingly, pursuant to the terms of the license agreement, Retromedia's right to distribute *Hobgoblins* expired on February 26, 2009.

17. On or about July 21, 2009, Defendants began distributing a DVD box set of nine different movies called *Mad Monster Rally* (the "Box Set"). The Box Set included *Hobgoblins*.

18. Defendants knew, at that time they began distributing the Box Set, that their right to distribute *Hobgoblins* had expired.

19. Although the Box Set contained nine movies, Defendants attempted to conceal their infringement by removing any reference to *Hobgoblins* from the outside packaging of the Box Set and by stating on the front of the Box Set that it contained "8 Huge Hits."

## Attorneys' Fees and Costs

20. By reason of the wrongful acts of defendants, Plaintiffs have been forced to retain the Law Offices of Larry Zerner to prosecute the present action. As a result, Plaintiffs will incur attorneys' fees in an amount yet to be fully ascertained, but which is reasonably expected to exceed Ten Thousand Dollars ($10,000.00).

## FIRST CLAIM FOR RELIEF

### For Infringement of *Hobgoblins*

### Under the Copyright Act (17 U.S.C. Section 101 et seq.)

(Against All Defendants)

21.   Plaintiffs re-allege and incorporate by reference, as though set forth in full, paragraphs 1 through 20 above as though fully set forth herein.

22.   As set forth above, Defendants have willfully infringed the copyrights in and to *Hobgoblins* and Plaintiffs are informed and believe that each of the Defendants continue to do so to the present date, all without the authority or consent of Plaintiffs.

23.   By reason of the foregoing, Plaintiffs have sustained, and will continue to sustain, substantial and irreparable injuries, loss and damage to its copyrights in *Hobgoblins*.

24.   Plaintiffs have also sustained, and will continue to sustain, substantial damage to the value of *Hobgoblins* in that the wrongful acts of defendants diminish the revenues which Plaintiffs would otherwise receive from their own reproduction, manufacturing, distribution, sale, rental, and other exploitation of *Hobgoblins*.

25.   Defendants threaten to continue to act as alleged above, and unless restrained and enjoined, will continue to do so, all to Plaintiffs' irreparable injury. The amount of compensation which would afford adequate relief to Plaintiffs for such injury will be difficult to ascertain. The wrongful acts of Defendants are of a continuing nature and will require a multiplicity of judicial proceedings.

Accordingly, Plaintiffs' remedy at law is inadequate, and Plaintiffs are entitled to preliminary and permanent injunctive relief to enjoin the wrongful conduct of Defendants alleged above.

26. Notwithstanding the foregoing, as the direct and proximate result of the wrongful acts of Defendants, Plaintiffs have been damaged in an amount according to proof at trial. Plaintiffs will seek leave of Court to amend this Complaint when the full nature and extent of such monetary damages are ascertained.

27. Furthermore, in acting as alleged above, Plaintiffs are informed and believes, and on that basis allege, that Defendants have acted oppressively, maliciously and willfully for the purpose of injuring Plaintiffs, and, therefore, Plaintiffs are entitled to additional damages in an amount to be proven at trial for willful and knowing infringement.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

1. That each Defendant be required to pay Plaintiffs such damages as Plaintiffs have sustained or will sustain by reason of each Defendant's conduct, and to account for all gains, profits and advantages derived by each Defendant from such conduct, or, in lieu thereof, such statutory damages as the Court shall deem proper within the provisions of the Copyright Act, including, but not limited to, damages for willful infringement of copyright, but in no event less than $150,000.

2. That all infringing copies of *Hobgoblins* and all means and instrumentalities for manufacturing, packaging, advertising and promoting such infringing copies, be impounded, surrendered up and forfeited to Plaintiff for destruction or other disposition.

3. That Defendants, and Defendants' agents, servants, and employees, and each of them, and all persons acting in concert and participation with them, be enjoined and restrained during the pendency of this action and permanently thereafter from infringing any and all of the copyrights in *Hobgoblins*, by, among other things, acquiring, copying, duplicating or reproducing unauthorized and unlicensed copies of *Hobgoblins*, or any portion thereof, and/or advertising, promoting, distributing, offering for sale, rent or license, or renting or selling or licensing any other illegal reproductions of all or any portion of *Hobgoblins*; and

4. That Defendants be required to pay to Plaintiffs its attorneys' fees and costs incurred in connection with the prosecution of this action; and

5. For such other and further relief as the Court deems appropriate.

DATED: September 30, 2009    LAW OFFICES OF LARRY ZERNER

By: _____
Larry Zerner
Attorney for Plaintiffs Shout Factory, Inc. and Rick Sloane

## DEMAND FOR TRIAL BY JURY

Plaintiffs Shout Factory, Inc. and Rick Sloane pursuant to Rule 38 of the Federal Rules of Civil Procedure hereby demand trial by jury of all issues so triable in the present action.

DATED: October 1, 2009          LAW OFFICES OF LARRY ZERNER

By: _____
Larry Zerner
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV09- 7179 PA (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Larry Zerner (SBN 155473)
Email: Larry@Zernerlaw.com
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
Phone: 310-773-3623
Fax: 310-388-5624

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SHOUT FACTORY, LLC, _a California limited liability company_, RICK SLOANE, _an individual_,
                            PLAINTIFF(S)

v.

RETROMEDIA ENTERTAINMENT, INC., a California Corporation; INFINITY ENTERTAINMENT GROUP, a California corporation, Fred Olen Ray, an individual
                            DEFENDANT(S).

CASE NUMBER

**CV09-7179 PA (AGRx)**

SUMMONS

TO:   DEFENDANT(S): RETROMEDIA ENTERTAINMENT, INC., a California Corporation; INFINITY Entertainment Group, a California corporation, Fred Olen Ray, an individual

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Larry Zerner_____, whose address is _1801 Century Park East, Ste. 2400, Los Angeles, CA 90067_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __02 OCT 2009__          By: __SHEA BOURGEOIS__
                                         Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                          SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Shout Factory, LLC, and Rick Sloane

**DEFENDANTS**
RETROMEDIA ENTERTAINMENT, INC., INFINITY ENTERTAINMENT GROUP, FRED OLEN RAY,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Larry Zerner - Law Office of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067    Phone: 310-773-3623

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ 150,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. 501 Copyright Infringement of Plaintiffs' motion picture

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| | | | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | |
| | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| | ☐ 290 All Other Real Property | | | | |

CV09-7179

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                         CIVIL COVER SHEET                         Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date October 1, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |