Larry Zerner (SBN 155473)　　　　　　　　　　　　　　　　　JS-6
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@ZernerLaw.com

Attorneys for Plaintiffs Shout Factory LLC
And Rick Sloane

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOUT FACTORY, LLC., a California limited liability company, RICK SLOANE, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RETROMEDIA ENTERTAINMENT, INC., a California Corporation; INFINITY ENTERTAINMENT GROUP, a California corporation, FRED OLEN RAY, an individual,<br><br>　　　　　Defendants. | Case No.: CV 09-7179 PA (AGRx)<br><br>Order re Dismissal |

　　　THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

　　　The Clerk shall mail, FAX or Email a copy of this Order to all counsel.

Dated: March 15, 2010　　　　　　　　　　　　　／s／ Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Page 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　Order re Dismissal